UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANDRES FELIPE TOBON GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of Plymouth County Correctional Facility, DAVID WESLING, Acting Boston Field Office Director, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Acting Secretary of the Department of Homeland Security;<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-13447-MJJ |

## MEMORANDUM OF DECISION AND ORDER

November 25, 2025

JOUN, D.J.

      Andres Felipe Tobon Gomez ("Mr. Tobon Gomez" or "Petitioner") is a citizen of Colombia. [Doc. No. 1 at ¶ 23]. On August 18, 2022, Mr. Tobon Gomez entered the United States without inspection and thereafter applied for asylum. [*Id.*]. He was recently taken into ICE custody while he was attending a check-in. [*Id.*]. Mr. Tobon Gomez is currently detained at the Plymouth County Correctional Facility in Plymouth, Massachusetts. [*Id.*]. Mr. Tobon Gomez petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

      In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this case are similar to those in *Hilario Rodriguez v. Moniz,* 25-cv-12358. [Doc. No. 9 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond

1

in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Tobon Gomez is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Tobon Gomez with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Tobon Gomez on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Tobon Gomez has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge